# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

## CRIMINAL NO. 4:97CR208

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ISAAC BLEDSOE ) | |

**THIS MATTER** is before the Court on request from the United States Probation Office for permission to destroy property that was seized by its officers during the performance of their official duties.

The Defendant entered a guilty plea to two counts of interstate transportation of stolen goods and aiding and abetting those offenses and was sentenced by the undersigned to 20 months imprisonment. **See Judgment in a Criminal Case, filed April 6, 1999.** On November 1, 2000, the Defendant was released from the Bureau of Prisons and began his 36 month term of supervised release.

On February 14, 2002, probation officers conducted a search of the Defendant's residence based on reports from the community that the

Defendant had been seen in the possession of a firearm. As a result of the search, a Crossman Air Gun was seized from the Defendant at his residence so that it would not be confused with a genuine firearm. The Defendant was provided with a receipt for the air gun and was advised that he could retrieve the air gun at the conclusion of his period of supervised release.

On June 25, 2002, the undersigned revoked the Defendant's supervised release and sentenced him to 12 months and one day imprisonment. **Amended Judgment in a Criminal Case, filed July 11, 2002.** At the sentencing hearing, the Defendant was advised that his family could retrieve the air gun from the United States Probation Office after he reported to the Bureau of Prisons to begin his sentence or he could do so after he completed his term of imprisonment. The Defendant was released from the Bureau of Prisons on July 17, 2003, and to date, he nor any family member has contacted the Probation Office to retrieve the air gun. In addition, efforts to contact the Defendant by the Probation Office have been unsuccessful.

Because the Defendant and/or any member of his family has failed to retrieve the air gun, the fact that the Probation Office has been

unsuccessful in their efforts to locate the whereabouts of the Defendant to return the air gun to him, and because the Probation Office desires to have this weapon removed from their property room, the Court finds that the request should be granted and the air gun be destroyed according to the disposal of property procedures.

**IT IS, THEREFORE, ORDERED** that the request by the United States Probation Office is **ALLOWED**, and the Crossman Air Gun, Model Number 1008 Repeat Air shall be destroyed according to the procedures established by the Western District of North Carolina.

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge